IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. SKG-13-1303 |
| ASHLEY ROANE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE</u>

Defendant Ashley Roane ("Ms. Roane"), by and through her undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland, and Brendan A. Hurson, Assistant Federal Public Defender, hereby moves this Honorable Court, pursuant to Title 18, Section 3142 (c)(3) of the United States Code, to modify the conditions of her pretrial release. In support of this motion, Ms. Roane states as follows:

1. Ms. Roane is charged by Criminal Complaint with attempted possession of heroin and possession of a firearm in connection with a drug-trafficking offense. She is also charged with a co-defendant with aggravated identity theft.

2. On June 4, 2013, Ms. Roane was released by Magistrate Judge Stephanie Gallagher. Conditions of release include 24/7 electronic home monitoring, supervision by Pre-trial Services, and a third-party custodian. Ms. Roane is also prohibited from having contact with her co-defendant.

3. On July 4, 2013, Ms. Roane was permitted to attend a family gathering with her third party custodian at a residence in Baltimore. She complied with all conditions and returned home on time.

4. The Court recently ordered that Ms. Roane's co-defendant, Erica Hughes (SKG-13-1302) is permitted to speak with Ms. Roane for purposes of arranging care for

   Ms. Hughes' minor child.  See SKG-13-1302, ECF/CM Docket # 19.  For clarity, Ms. Roane seeks the same permission to communicate with Ms. Hughes for the limited purpose of ensuring care for the child.  In addition, Ms. Roane seeks permission to attend church services with the approval of Pre-trial Services.

5. Counsel has communicated with Pretrial Services Officer Todd Stokes, counsel for Ms. Hughes, and Assistant United States Attorney Peter Nothstein, and none object to Ms. Roane's request.

WHEREFORE, Ms. Roane prays that this Honorable Court enter the attached order modifying the conditions of her pretrial release.

         Respectfully submitted,

         JAMES WYDA
         Federal Public Defender

            /s/
         BRENDAN A. HURSON (Bar # 28179)
         Assistant Federal Public Defender
         100 South Charles Street
         Tower II, Ninth Floor
         Baltimore, Maryland  21201
         (410) 962-3962 (p)
         (410) 962-0872 (f)
         brendan_hurson@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2013 a copy of the foregoing MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE was emailed to Todd Stokes, U.S. Pre-trial Service Officer.

/s/
BRENDAN A. HURSON
Assistant Federal Public Defender